1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   STEVEN O'NEAL WADE,

11                        Petitioner,                    Case No.  C07-5439 FDB/KLS

12               v.                                      REPORT AND
                                                        RECOMMENDATION
13   SCOTT FRAKES,
                                                        **NOTED FOR:**
14                        Respondent.                    **November 16, 2007**

15

16          This habeas corpus action has been referred to United States Magistrate Judge Karen L.

17   Strombom pursuant to Title 28 U.S.C. §§ 636(b)(1) and Local MJR 3 and MJR 4.  Petitioner filed

18   this action under 28 U.S.C. § 2254 challenging his 1998 convictions for First Degree Robbbery,

19   Burglary and Second Degree Assault.  (Dkt. # 4).  The Court's records reflect that this petition is

20   successive.  Accordingly, the undersigned recommends that this file should be administratively

21   closed and the case transferred to the Ninth Circuit in accordance with Circuit Rule 22-3(a).

22                                   **DISCUSSION**

23          Ninth Circuit Rule 22-3 (a) states:

24
        (a)     **Application**.  Any petitioner seeking leave to file a second or successive
25              2254 petition or 2255 motion in district court must seek leave under 28
                U.S.C. §§ 2244 or 2255.  An original and five copies of the application Must
26              be filed with the Clerk of the Court of Appeals.  No filing fee is required.  If a
                second or successive petition or motion, or application for leave to file such a
27              petition or motion, is mistakenly submitted to the district court, **the district**

28

REPORT AND RECOMMENDATION
Page - 1

1 **court shall refer it to the court of appeals.**

2 (Emphasis added).

3    Petitioner's previous habeas challenges were dismissed.  Petitioner first filed a petition for

4 writ of habeas corpus on May 10, 1999 in Case No. 99-5217FDB.  That petition was dismissed

5 without prejudice on February 16, 2000, to allow Petitioner to return to state court to exhaust his

6 state court remedies.  (Dkt. # 30).  Petitioner filed his second petition for writ of habeas corpus on

7 October 4, 2000 in Case No. C00-5572FDB.  That petition was denied on the merits.  (Dkt. # 23).

8    In 2003, Petitioner found a ministerial error in his judgment and sentence (the document did

9 not specify the precise term of his community placement and the error was corrected).  *State v.*

10 *Wade*, 138 P.3d 168, 861 (Wash.App. 2006) (judgment affirmed; Court of Appeals lacked authority

11 to recall mandate to reexamine merits of trial and initial appeal).  By virtue of the initial recall,

12 Petitioner now argues that his case was not final until after *Blakely v. Washington*, 542 U.S. 296

13 (2004) and that the one-year statute of limitations in 28 U.S.C. 2244(d) does not bar his petition.

14    Notwithstanding the action of the Washington Court of Appeals in recalling the mandate to

15 correct an inadvertent mistake, the petition before this Court is a "second or successive" petition

16 and should be transferred to the Ninth Circuit Court of Appeals consistent with the dictates of Rule

17 22-3 (a).

## CONCLUSION

18    Accordingly, the Court should transfer this habeas corpus petition as a second or successive

19 petition and administratively close the file.  A proposed order accompanies this Report and

20 Recommendation.  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

21 Procedure, the parties shall have ten (10) days from service of this Report to file written objections.

22 *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for

23 purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed

REPORT AND RECOMMENDATION
Page - 2

by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 16, 2007**, as noted in the caption.

DATED this  17th  day of October, 2007.


Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 3