# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN O'NEAL WADE

      v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5439FDB

|  | | |
|---|---|---|
| ☐ | **Jury Verdict**. | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| XX | **Decision by Court**. | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The petition (Dkt #4) and motion to amend (Dkt #6) are TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.

November 19, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk